# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME BELTRAN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARREN L. MONTGOMERY, Warden, Calipatria State Prison,<br><br>　　　　Respondent. | Case No. 1:15-cv-01858-DAD-SKO  HC<br><br>ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF THE PETITION FOR FAILURE TO EXHAUST STATE REMEDIES<br><br>(Doc. 6) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The Court referred the matter to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

On December 30, 2015, the undersigned issued findings and recommendation that the Court dismiss the petition because of Petitioner's failure to exhaust state remedies.  On February 29, 2016, Petitioner notified the Court that the California Supreme Court denied his petition for review on February 17, 2016.

Generally, a petitioner must have fully exhausted state remedies at the time he files for federal habeas relief.  28 U.S.C. § 2254(b); *Rose v. Lundy*, 455 U.S. 509, 515-20 (1982).  A claim is exhausted once it has been fairly presented to the state's highest court.  *Schwartzmiller v. Gardner*, 752 F.2d 1341, 1344 (9th Cir. 1984).  Exhaustion is not jurisdictional, however, but is a matter of federal-state comity.  *Id*. at 1345.  As a result, "an appellate court may give relief if state remedies are exhausted by the time it acts, even if these remedies were not exhausted when the habeas corpus

1

petition was filed." *Id.*; *Buffalo v. Sunn*, 854 F.2d 1158, 1163 (9th Cir. 1988). When the highest state court has acted on the claim, the barrier to federal habeas consideration of the claim's substantive merits is removed, and the federal court may proceed to consider it. *Sharpe v. Buchanan*, 317 U.S. 238, 239 (1942).

      Petitioner has now fully exhausted his state court remedies. Accordingly, the undersigned hereby WITHDRAWS the findings and recommendations filed on December 30, 2015.

IT IS SO ORDERED.

Dated: **February 29, 2016**             **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE